# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1410

_____

| | | |
|---|---|---|
| Union Electric Company, doing business as Ameren UE, | * * * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| James Devine, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: November 12, 2010
Filed: November 17, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In a prior appeal, this court affirmed the district court's[1] November 2007 and January 2008 orders holding James Devine in contempt and directing him to take action to remove certain docks and structures on his lake property, to reimburse Union Electric Company (UE) for its cost in removing a derelict houseboat, and to pay UE's attorneys' fees. See Union Electric Co. v. Devine, 334 Fed. Appx. 37 (8th Cir. 2009)

_____

[1]The Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

(unpublished per curiam). Devine now appeals an order entered in January 2010, granting UE's motion for entry of judgment against him in the amount of $32,643.02, which includes UE's new expenses in enforcing the November 2007 order and unpaid amounts awarded earlier. Because Devine's arguments all relate only to matters resolved during the previous appeal, we affirm. See In re Just Brakes Corp. Sys., Inc., 293 F.3d 1069, 1072 (8th Cir. 2002) (law-of-the-case doctrine prevents relitigation of issues resolved in earlier proceedings).

_____